# EXHIBIT A

<u>Consent to Be Class Representative in Suit for Overtime Compensation</u>

I have spoken with the attorneys at Martin & Bonnett, P.L.L.C. and Michael Lore, PC about being a class representative in a class action lawsuit under the Fair Labor Standards Act, ("FLSA") asserting claims for unpaid overtime compensation for myself and on behalf of all similarly situated employees of Agape Care Home of Scottsdale, LLC and I agree to be a class representative.  I understand that by agreeing to be a class representative, my primary obligation is to safeguard the best interests of the class (or classes) I represent rather than to any individual members of it, including myself.  I also understand that as a class representative, I may be required to attend meetings at the attorneys' offices when I am requested to do so and that I may be required to give testimony or answer written questions or provide copies of documents I may have on some occasions.  By signing below, I am agreeing to act in the best interests of the class and to cooperate with all reasonable requests by the attorneys in this action.  I also agree to notify the attorneys promptly when my address or phone number changes or if I will be out of town for extended periods of time and how to reach me.

I have spoken with the attorneys at Martin & Bonnett and Michael Lore, PC and I have read the terms of this consent to be a named plaintiff and class representative. and I agree that I will serve as a named plaintiff and that I will act in the best interests of the class.

Signed: *Sandra Gutierrez Tapia*   Date: June 28, 19