IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Gutierrez Tapia, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Agape Care Home of Scottsdale LLC, et al., <br><br> Defendants. | No. CV-19-04777-PHX-SPL <br><br> **ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 42) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees except as otherwise agreed in writing; and
4. That the Clerk of Court shall terminate this action.

Dated this 1st day of June, 2020.

Honorable Steven P. Logan
United States District Judge